TODD M. MALYNN (State Bar No.:181595)
Email: tmalynn@feldmangale.com
GREGORY L. HILLYER (Florida Bar No.:068064)
Email: ghillyer@feldmangale.com
ALEJANDRO J. FERNANDEZ (Florida Bar No.:32221)
Email: afernandez@feldmangale.com
**FELDMAN GALE, P.A.**
880 West First Street, Suite 315
Los Angeles, California 90012
Telephone No. (213) 625-5992
Facsimile No. (213) 625-5993

Attorneys for Plaintiff
VMR PRODUCTS, LLC

JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VMR PRODUCTS, LLC, a Florida limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>VAS MEDIA GROUP, INC., a California corporation;<br><br>ZCOR, INC. d.b.a. EMERALD LUX, a California corporation; and<br><br>JOHN DOES 1-10<br><br>Defendants. | CASE NO.: CV12-7751-CAS (FMOx)<br><br>**STIPULATED JUDGMENT** |

Plaintiff, VMR Products LLC, ("VMR"), Zcor Inc. ("Zcor") d.b.a. Emerald Lux, and VAS Media Group, Inc. ("VAS") (collectively, the "parties") having reached an agreement for the purpose of compromising and resolving the disputes between them and having consented to the entry of this Order, either personally or through their undersigned counsel, and after consideration, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Zcor and VAS have accepted service of the Amended Complaint in this suit, and hereby submit to the personal jurisdiction of this Court.

2. VMR owns all right, title and interest in the mark V2CIGS® trademark, as identified in Paragraph 5 of the Amended Complaint ("the V2CIGS® mark").

3. The V2CIGS® mark is valid and enforceable.

4. Based on VMR's ownership and good faith prior use of the V2CIGS® mark, VMR has superior and exclusive rights in and to the V2CIGS® marks in the United States and any confusingly similar names or marks.

5. Zcor adopted and began using the mark V2 in connection with the sale of electronic cigarettes at least through its website www.emeraldlux.com, and thereby infringed VMR's registered V2CIGS® trademark.

6. Zcor's use of names and marks incorporating the term V2 is likely to cause confusion as to source or origin.

7. The parties desire to settle and have amicably resolved their dispute to each of their satisfaction, and have memorialized the terms of such settlement in a Settlement Agreement, executed on January 22, 2013.

**RELIEF GRANTED TO PLAINTIFF:**

8. Zcor and VAS, and their respective officers, agents, owners, servants, employees and attorneys and all persons in active concert and participation with them are hereby permanently restrained and enjoined from:

(a) using any VMR trademarks or any variation thereof, specifically including, but not limited to: V2CIGS® and V2;

(b) diluting, blurring, passing off or falsely designating the origin of any VMR trademark and from injuring VMR's goodwill and reputation;

(c) doing any other act or thing likely to induce the belief that the Zcor's products are in any way connected with, sponsored, affiliated, licensed, or endorsed by VMR;

(d) using or displaying any VMR mark or any variation thereof, including without limitation V2CIGS® or V2, for goods or services in any location, circumstance or environment, including on the Internet, or as domain names, email addresses, meta tags, invisible data, or otherwise engaging in acts or conduct that would cause confusion as to the source, sponsorship or affiliation of Defendants with VMR;

9. Any party shall have the right to seek sanctions for contempt, compensatory damages, injunctive relief, attorneys' fees, costs, and such other relief as deemed proper in the event of a violation or failure to comply with any of the provisions hereof. The prevailing party in any such proceeding shall be entitled to recover its attorneys' fees and costs.

10. The causes of action between parties, inclusive of all John Does named herein, are hereby dismissed with prejudice, subject to the terms of the Settlement Agreement between the parties.

11. The parties shall each bear their respective attorneys' fees and costs incurred in connection with this action.

12. This Court will retain continuing jurisdiction over this cause to enforce the terms of this Stipulated Judgment and Permanent Injunction and the Settlement Agreement.

SO ORDERED this 13th day of February, 2013.

Christina A. Snyder

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:

**FELDMAN GALE, P.A.**
/s/Todd M. Malynn
**Todd M. Malynn**
CA State Bar No.: 181595
880 West First Street, Suite 315
Los Angeles, California 90012
Phone: 213/625-5992
Facsimile: 213/625-5993
**COUNSEL FOR PLAINTIFF VMR PRODUCTS, LLC**

AND

M.E.T.A.L. Law Group

/s/John W. Fagerholm
**John W. Fagerholm**
CA State Bar No. 213852
M.E.T.A.L. Law Group, LLP
5757 Wilshire Blvd., Penthouse 3
Los Angeles, CA 90036